**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 124 MM 2023
:
:
v. :
:
:
LAMAR WASHINGTON :
:
:
PETITION OF: K. WESLEY MISHOE, :
ESQUIRE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2024, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Dauphin County to adjudicate the withdrawal request, as well as any related questions, including whether Lamar Washington should be appointed counsel or granted leave to proceed *pro se* on allocatur review.

    The Court of Common Pleas of Dauphin County is DIRECTED to enter its order on remand within 90 days and to promptly inform this Court of its disposition.